IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANNON M. GERLOCK, and the REAL PROPERTY located in Canyon County, State of Idaho, Lot 2 in Block 1 of Rambling Subdivision, According to the Official Plat Thereof, Filed in Book 9 of Plats at Page 22, Records of Said County,<br><br>    Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA HOME LOANS SERVICING, L.P.; RECONTRUST COMPANY, N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION, MORTGAGE ELECTRONIC RECORDING SYSTEMS, INC. and UNKNOWN ENTITIES and INDIVIDUALS JOHN and/or JANE DOES, I-X,<br><br>    Defendants. | CASE NO. 1:11-cv-00532-BLW-REB<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Plaintiff Shannon Gerlock ("Plaintiff") and Defendants Bank of America, N.A. ("BANA"), for itself and as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (erroneously sued as "Bank of America Home Loans Servicing, LP"), ReconTrust Company, N.A. ("ReconTrust"), Federal National Mortgage Association ("FNMA"), and Mortgage Electronic Registration Systems, Inc. (erroneously sued as "Mortgage Electronic Recording Systems, Inc.") ("MERS") (collectively, "Defendants") have reached settlement of the instant lawsuit and stipulated to dismiss the lawsuit with prejudice.

JUDGMENT OF DISMISSAL WITH PREJUDICE- 1

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of the Defendants and the claims in Plaintiff's Verified Complaint ("Complaint") against Defendants are DISMISSED, WITH PREJUDICE.

DATED: August 29, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT OF DISMISSAL WITH PREJUDICE- 2**